**No. 57616.**—Gehrig, Hoban & Co., Inc. *v.* United States, protests 180003–K, etc. (New York).

Opinion by FORD, J. At the trial, plaintiff limited the claims in the protests to the merchandise described on the invoices as "givrette." It was stipulated that the merchandise consists of woven cloth, dyed, containing cotton and rayon, of which cotton is the component material of chief value. It was further stipulated as to the number of pounds of cotton having a staple over 1⅛ inches in length and a yarn count of 72 covered by each of the protests in question. Although it was claimed that the merchandise is dutiable at a definite rate, the items in question were held dutiable at the appropriate rates according to thread count and other statutory requirements specified in paragraphs 904 (c), 905, and 924, as modified, *supra.* In all other respects and as to all other merchandise all the claims were overruled.

BEFORE THE THIRD DIVISION, NOVEMBER 12, 1953

**No. 57617.**—Ignaz Strauss & Co., Inc. *v.* United States, protests 194594–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the articles in question consist of silent butlers, smoothing irons, and various other trays, the composition of which is the same in all material respects as the merchandise involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423). In accordance with stipulation of counsel and on the authority of the decisions cited, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 40 percent under paragraph 339 as household utensils, composed wholly or in chief value of brass, not plated with platinum, gold, or silver; (2) the items marked with the letter "B" at 35 percent under the provision in paragraph 339, as modified by the trade agreement with the United Kingdom (T. D. 49753), for household utensils, composed wholly or in chief value of copper, not plated with platinum, gold, or silver; (3) the items marked with the letter "C" at 35 percent under the provision in paragraph 339, as modified by T. D. 49753, for household utensils, plated with silver on copper; (4) the items marked with the letter "D" at 25 percent under the provision in paragraph 339, as modified by T. D. 49753, for household utensils, composed wholly or in chief value of pewter, not plated with platinum, gold, or silver; and (5) the items marked with the letter "E" at 35 percent under paragraph 209 as manufactures of soapstone.